# United States District Court

WESTERN DISTRICT OF WASHINGTON

MEDTRICA SOLUTIONS LTD.,

        v.

CYGNUS MEDICAL, LLC,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C12-538RSL

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of declaratory plaintiff and counterdefendant Medtrica and third-party defendant Seris and against defendant and counterclaimant Cygnus.

    March 3, 2014                        William M. McCool
                                                           Clerk

                                       /s/Rhonda Stiles
                                       By, Deputy Clerk