THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEDTRICA SOLUTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> CYGNUS MEDICAL, LLC, <br><br> Defendant, <br><br> v. <br><br> STERIS Corp., <br><br> Third Party Defendant. | CASE NO. 2:12-cv00538-RSL <br><br> **NOTICE OF CIVIL APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

Notice is hereby given that defendant, Cygnus Medical, LLC, appeals to the United States Court of Appeals for the Federal Circuit from: (1) the Judgment in favor of declaratory plaintiff and counterdefendant Medtrica and third-party defendant Steris (Dkt. # 129), entered on March 3, 2014; (2) the Order Granting Motion for Summary Judgment of Non-

CYGNUS' NOTICE OF APPEAL - 1
Case No. 2:12-CV-00538-RSL

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1  Infringement (Dkt. # 128), entered on March 3, 2014; and (3) the Order Construing Claims
2  (Dkt. #108), entered on June 28, 2013.

Respectfully submitted,

VANDEBERG JOHNSON & GANDARA LLP

Dated this 2nd day of April, 2014

_____
Daniel Gandara, WSBA#8635
Vandeberg Johnson & Gandara, LLP
600 University St., Suite 2424
Seattle, WA  98101-1192
Direct: 206-386-5902
Fax:    206-464-0484
Email: dgandara@vjgseattle.com

Wesley W. Whitmyer, Jr.
Stephen Ball
ST. ONGE STEWARD JOHNSTON
& REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile:  (203) 327-1096
Email:       litigation@ssjr.com

*Attorneys for Defendant Cygnus Medical, LLC*

CYGNUS' NOTICE OF APPEAL - 2
Case No. 2:12-CV-00538-RSL

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2014, I electronically filed the foregoing NOTICE OF CIVIL APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> R. Broh Landsman
> Landsman & Fleming LLP
> 1000 Second Avenue, Suite 3000
> Seattle, WA 98104
> broh@LF-law.com
>
> Rod S. Berman
> Jessica C. Bromall
> Jeffer Mangels Butler & Mitchell LLP
> 1900 Avenue of the Stars, 7th Floor
> Los Angeles, CA 90067
> rberman@jmbm.com
> jbromall@jmbm.com
>
> Michael J. Estok
> Lindsay Hart, LLP
> 1300 SW 5th Avenue, Suite 3400
> Portland, OR 97201-5640
> mestok@lindsayhart.com

Dated: April 2, 2014

*Lorraine Lofton*
Lorraine Lofton

CYGNUS' NOTICE OF APPEAL - 3
Case No. 2:12-CV-00538-RSL

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484