UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEDTRICA SOLUTIONS LTD., a Canada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYGNUS MEDICAL LLC, a Connecticut limited liability company,<br><br>Defendant. | Case No. C12-538RSL<br><br>ORDER FOR FURTHER BRIEFING |

On April 16, 2014, the Court denied Medtrica's and Steris's joint motion for attorney's fees based on its finding that the case was not exceptional under 35 U.S.C. § 285. Dkt. # 144. Medtrica has filed a timely motion for reconsideration based on the Supreme Court's recent ruling in <u>Octane Fitness, LLC v. Icon Health & Fitness, Inc.</u>, No. 12-1184, ___ U.S. ____, ___ S.Ct. ____, 2014 WL 1672251 (April 29, 2014). Dkt. # 147. Pursuant to Local Civil Rule 7(h)(3), Cygnus may file a response to the motion for reconsideration, addressing the application of <u>Octane Fitness</u> to the above-captioned case, on or before June 2, 2014. Medtrica's reply, if any, shall be filed no later than June 6, 2014. The Clerk of Court is directed to re-note Medtrica's motion for reconsideration (Dkt. # 147) on the Court's calendar for June 6, 2014.

ORDER FOR FURTHER BRIEFING - 1

DATED this 27th day of May, 2014.

                                              */s/ Robert S. Lasnik*
                                              Robert S. Lasnik
                                              United States District Judge

ORDER FOR FURTHER BRIEFING - 2